IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GREGORY HIRAM BUCKELEW, : | |
| : | |
| Petitioner : | |
| : | |
| VS. : | |
| : | |
| : | NO. 1:06-CV-42(WLS) |
| RALPH KEMP, Warden, Wheeler Corr. : | |
| Facility,[1] : | |
| Respondent : | **O R D E R** |

Petitioner **GREGORY HIRAM BUCKELEW**, an inmate at Wheeler Correctional Facility in Alamo, Georgia, has filed a typewritten pleading entitled "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody." He has paid the required filing fee of $5.00. However, petitioner has not submitted his habeas corpus claims on the standard habeas corpus form required by this Court. Accordingly, petitioner is hereby **ORDERED** to complete and submit the 28 U.S.C. § 2254 form. Petitioner shall have thirty (30) days from the date of his receipt of this order to provide the aforementioned information. Failure to comply with this order shall result in the dismissal of petitioner's application. The Clerk of Court is hereby instructed to provide petitioner with the appropriate habeas forms.

---

[1] The Court notes that petitioner has named as respondents in this action Carl Humphrey, Warden of Ware State Prison, and Paula K. Smith, Senior Assistant Attorney General. Pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases, the appropriate respondent in this action is the " the state officer having custody of the applicant," Ralph Kemp, the Warden of Wheeler Correctional Facility. The Clerk of Court is **DIRECTED** to substitute Warden Kemp for Humphrey and Smith as party-respondent.

**SO ORDERED**, this 17th day of March, 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE