IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GREGORY HIRAM BECKELEW, : | |
| : | |
| Petitioner, : | |
| : | |
| VS. : | |
| : | **1:06-CV-42 (WLS)** |
| RALPH KEMP, Warden, : | |
| : | |
| : | |
| Respondent. : | |

**O R D E R**

  Presently pending is the motion of James E. Donald, Commissioner of the Georgia of the Georgia Department of Corrections, to intervene as the respondent herein in order to defend this challenge to State of Georgia convictions.  In his motion movant shows that petitioner is presently housed at Wheeler Correctional Facility, a "privately run" prison and that the only named respondent, Ralph Kemp is not a state officer of employee.  Inasmuch as the Attorney General for the State of Georgia may not represent private citizens, the motion to intervene is **GRANTED** and James E. Donald is hereby the respondent herein.

  SO ORDERED, this 30th  day of May 2006.


                */s/ Richard L. Hodge*
                RICHARD L. HODGE
                UNITED STATES MAGISTRATE JUDGE